435 A.2d 264

Commonwealth v. Frith, Jr., Appellant.

Petition for Allowance of Appeal Denied Sept. 9, 1981.

Argued June 11, 1980. Thomas I. Puleo, for appellant; Franklin L. Noel, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.